IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MISTY LANDERS | ) | |
| | ) | No. 3-13-0118 |
| v. | ) | |
| | ) | |
| TELECOM MOBILE GROUP | ) | |
| PARTNERS OPERATING CO., LLC; | ) | |
| and LINKED OPS MOBILE, LLC | ) | |

O R D E R

By the orders entered April 3, 2013 (Docket Entry Nos. 13-14), the parties were directed to file a joint mediation report by July 15, 2013. No such filing has been made.

The time for the parties to file a joint mediation report is extended to July 29, 2013. In the joint mediation report, the parties shall indicate the potential for settlement and propriety of ADR.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge