IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MISTY LANDERS                      )
                                   )    No. 3-13-0118
v.                                 )
                                   )
TELECOM MOBILE GROUP               )
PARTNERS OPERATING CO., LLC;       )
and LINKED OPS MOBILE, LLC         )

O R D E R

In accord with the order entered April 3, 2013 (Docket Entry No. 14), counsel for the parties called the Court on August 9, 2013, at which time the following matters were addressed:

1.  Plaintiff's counsel advised that she intends to file a motion to amend the complaint by the August 15, 2013, deadline to assert a claim for racial discrimination that was inadvertently omitted from the original complaint. Plaintiff's counsel shall provide copy of the proposed amended complaint to defendants' counsel to determine if the motion to amend the complaint will be unopposed and, if so, the plaintiff shall so indicate in the motion to amend.

2.  The parties have exchanged written discovery; the defendants have taken the plaintiff's deposition; and a Rule 30(b)(6) deposition of the defendant and depositions of fact witnesses are tentatively scheduled on August 20, 2013.

3.  The plaintiff shall relay a settlement demand to the defendants before the next scheduled deposition(s). The parties agreed that they may be able to address the potential for settlement after the next scheduled depositions.

4.  Counsel for the parties shall convene another telephone conference cal with the Court on **Friday, September 6, 2013, at 3:00 p.m.,**[1] to be initiated by defendants' counsel, to address the potential for settlement, propriety of ADR, and any other appropriate matters.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] On August 9, 2013, the conference call was scheduled at 2:00 p.m., but, after reviewing the Court's calendar on September 6, 2013, the conference call is rescheduled to **3:00 p.m.**