IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MISTY LANDERS | ) |
| | ) No. 3-13-0118 |
| v. | ) |
| | ) |
| TELECOM MOBILE GROUP | ) |
| PARTNERS OPERATING CO., LLC; | ) |
| and LINKED OPS MOBILE, LLC | ) |

O R D E R

Pursuant to the order entered October 2, 2013 (Docket Entry No. 25), counsel for the parties called the Court on October 11, 2013, at which time they advised that they expect to be able to determine in short order whether or not they will be able to reach a settlement in this case.

Counsel shall notify the office of the Magistrate Judge if they are able to reach a resolution of this case. If they are not able to reach such a resolution, the deadlines provided in the orders entered April 3, 2013 (Docket Entry Nos. 13-14), remain in full force and effect.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge